PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Vanessa Barrios                                                  Cr.: 03-00134-001
                                                                                    PACTS #: 32713

Name of Sentencing Judicial Officer: Honorable Jose L. Linares

Date of Original Sentence: 02/18/04

Original Offense: Importation of Heroin in violation of Title 21 § 952, a Class A felony

Original Sentence: 41 months imprisonment

Type of Supervision: supervised release (60 months)            Date Supervision Commenced: 04/26/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On August 14 and 31, 2009,1 the offender tested positive for marijuana following a random drug test administered by the U.S. Probation Office. The offender admitted smoking marijuana in early August 2009. |
| 2 | On September 9, 2009, the offender was arrested by Elizabeth, New Jersey Police and charged with shoplifting merchandise, specifically a ladies pocketbook, valued at $29.97 from Shoppers World located at 100 Broad Street in Elizabeth. The charge remains pending. |

U.S. Probation Officer Action:

The undersigned officer held an adjustment session with the offender, at which time, she was verbally reprimanded for her use of illegal substances and her arrest for shoplifting, as well as, her failure to notify the undersigned of her arrest within seventy-two (72) hours as instructed upon commencement of her supervised release term. The undersigned reviewed the offender's special and standard conditions of her supervised release again and provided her with a written letter of reprimand outlining the alleged violation(s). Barrios signed both documents and was provided a copy for her records. At the direction of the Division of Youth and Family Services, Barrios attends outpatient substance abuse treatment every Monday through Friday at Oasis Clinical Services, located at 208 Commerce Place, Elizabeth, New Jersey, from 9:00 am until 2:30 pm. The offender will also continue to report to code-a-phone, a random drug testing program, at Trinitas Hospital in Elizabeth as directed by the U.S. Probation Office. She was further advised that a violation of supervised release hearing would be scheduled before Your Honor should she submit another positive drug test from this date forward and/or fail to attend outpatient drug treatment and testing as instructed. It should be further noted that random drug test(s) administered on September 14, 17 and October 5, 2009, were all confirmed negative for the presence of any controlled dangerous substances.

PROB 12A - Page 2
Vanessa Barrios

Respectfully submitted,

By: Elizabeth A. Villa
U.S. Probation Officer
Date: 10/05/09

***No Response is necessary unless the court directs that additional action be taken as follows:***

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

_____
10/13/09
Date